# King v. The State.

*Indictment for Assault and Battery.*

1. *Proof of transfer of cause from County to Circuit Court; general objection to evidence partly admissible.*—Where a witness testifies that the prosecution, commenced in the County Court, was there continued several times, and that the prosecution was then transferred to the Circuit Court, a general objection to his evidence is properly overruled, although the docket would be the best evidence of the several continuances.

2. *Charges asked and refused, but not shown to be in writing.*—The refusal of charges asked, which are not shown to have been asked in writing, is not available on error.

FROM the Circuit Court of Cullman.
Tried before the Hon. LEROY F. BOX.

No counsel appeared for the appellant in this case, so far as the record and the dockets show.

T. N. McCLELLAN, Attorney-General, for the State.

SOMERVILLE, J.—The statement of the witness Johnson, to which objection is taken, is to the effect that, while the prosecution was pending in the County Court, the cause was *continued* several times, *and* that the prosecution and papers therein were transferred to the Circuit Court. The objection urged is, that there was better evidence of these facts, than the oral statement of the witness. Admitting that the docket of the County Court was the best evidence of the several continuances, this objection did not apply to the last portion of the witness' statement, and it was, for this reason, properly overruled.

The three charges requested by the defendant, and refused by the court, are not shown to have been in writing; and, for this reason, their refusal was without error. No exception, moreover, was reserved to the rulings of the court on these charges, and the record therefore presents no question on them which we can consider.

The judgment must be affirmed.